IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00453-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JOSE GARCIA-CASTRO,

      Defendant.

---

## ORDER AND NOTICE OF HEARING ON MOTION TO WITHDRAW

---

**IT IS HEREBY ORDERED** that a hearing will be held on **February 25, 2008,** at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado regarding the Motion to Withdraw [#9].

DATED this 20th day of February, 2008.

                                              **BY THE COURT:**

                                              *Marcia S. Krieger*

                                              Marcia S. Krieger
                                              United States District Judge